OPINION — AG — SUBJECT MATTER: THIS DEALS WITH LABOR UNIONS TO STRIKE AGAINST THE STATE OR A GOVERNMENTAL AGENCY. . . GRAND RIVER DAM AUTHORITY AND THE ELECTRICAL WORKERS UNION THAT IT COULD NOT LEGALLY ENTER INTO A CONTRACT WITH THE UNION. . . THE LEGISLATURE HAD SPECIFICALLY GIVEN THE AUTHORITY AND POWER TO ENTER INTO CONTRACT WITH LABOR UNIONS. CITE: 12 O.S. 958 [12-958], 74 O.S. 1 [74-1], 82 O.S. 862 [82-862] (FRED HANSEN)